IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00434-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT HOLLOWAY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Trial Preparation Conference scheduled for April 15, 2010, at 10:00 a.m. has been rescheduled to April 15, 2010, at **4:00 p.m.**

    DATED:   January 8, 2010