**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 09-cr-00434-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ROBERT HOLLOWAY,**

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on March 29, 2010.

IT IS ORDERED THAT A Change of Plea hearing is set for **April 15, 2010, at 4:00 p.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on April 13, 2010.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u>** (*see* **D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the** *Booker* **and** *FanFan* **decisions, and they will only be accepted in certain circumstances.**

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for April 15, 2010, and the jury trial, set to commence April 19, 2010, are VACATED.

DATED: March 31, 2010.

                BY THE COURT:

                *s/ David M. Ebel*
                _____
                David M. Ebel
                United States Circuit Judge