**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 09-cr-00434-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. ROBERT HOLLOWAY,**

    Defendant.

_____

**AMENDED ORDER**
_____

    THIS MATTER comes before the Court upon the Petition to Replace or Amend Name of Restitution Payee [Doc. No. 43]. Upon having good cause shown, it is hereby

    ORDERED that victim restitution in this case, which previously was paid to Lisa Brennan Holloway, shall be paid from the date of this order forward as follows: 50% paid to Brett Robert Holloway at 2151 South Quentin Way, Apt. P-204, Aurora, CO 80014; and 50% paid to Katelin Gabelman at 8019 Buffalo View Lane, Cpyress, TX 77433.

    The change in payee is ordered because of the death of the previous payee, Lisa Brennan Holloway.

    DONE AND SIGNED this __22nd__ day of June, 2015.

                                          BY THE COURT:

                                          *s/ David M. Ebel*

                                          David M. Ebel
                                          U. S. Circuit Court Judge
                                          District of Colorado